UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GARY KOMPOTHECRAS, ET AL.,

    Plaintiffs,
v.                        Case No. 8:13-cv-3122-T-33TBM

BLOOMBERG, L.P., ET AL.,

    Defendants.
_____/

**ORDER**

This cause comes before the Court pursuant to Plaintiffs' Unopposed Motion for Extension of Time to Conduct Case Management Conference (Doc. # 21) on January 10, 2014. The Court denies the Motion.

**Discussion**

On December 11, 2013, Defendants Allstate Insurance Company and The Allstate Corporation removed this action to this Court based on the Court's diversity jurisdiction. (Doc. # 1). Noting the presence of non-diverse defendants who reside in Florida, Plaintiffs filed a Motion to remand the action to State Court on December 19, 2013. (Doc. # 11). That Motion is not yet ripe for the Court's review. Also pending are Defendant Kathleen Smith's Motion for a more definite statement (Doc. # 13), Defendant The Allstate Corporation's Motion to Dismiss (Doc. # 22), Defendants David Armstrong and

Bloomberg, L.P.'s Motion to Dismiss (Doc. # 24), and Defendant Allstate Insurance Company's Motion to Dismiss (Doc. # 27).

By the present Motion, Plaintiffs request an extension of time in which to file the Case Management Report until such time as the Court rules on the Motion to Remand. The relief sought is in derogation of the Court's Local Rules, which state on point that: "Counsel and any unrepresented party shall meet within 60 days after service of the complaint upon any defendant, or the first appearance of any defendant, **regardless of the pendency of any undecided motions,** for the purpose of preparing and filing a Case Management Report." Local Rule 3.05(c)(2)(B), M.D. Fla. (emphasis added).

This Court has a duty to "take an active role in managing cases on [its] docket." Chudasama v. Mazda Motor Corp., 123 F.3d 1353, 1366 (11th Cir. 1997). Granting an open-ended extension of time for the parties to file the Case Management Report is not consistent with that role. The Motion is therefore denied.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Plaintiffs' Unopposed Motion for Extension of Time to Conduct Case Management Conference (Doc. # 21) is **DENIED.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>14th</u> day of January, 2014.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel and Parties of Record